# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| TRACY FAMILY FARMS INC., ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | Case No. 5:21-cv-06039-RK |
| PRECISION PLANTING, LLC; CARLSON ) | |
| SEED II, INC.; MIDWEST AGRO ) | Hon. Roseann Ketchmark |
| SOLUTIONS, LLC; and ) | |
| COG MARKETERS LTD. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2021, a true and correct copy of Plaintiff's Rule 26 Initial Disclosures was served via electronic mail to the following counsel of record:

| | |
|---|---|
| Tom Larson | trlarson@lewisricekc.com |
| Chris Helt | chelt@lewisricekc.com |
| Kevin F. Hormuth | kfh@greensfelder.com |
| Nick Robb | nrobb@mortonreedlaw.com |
| Ferguson & Schieber | fands_law@sbcglobal.net |
| Andrew Klonowski | aklonowski@mortonreedlaw.com |
| Amy Moorkamp | amoorkamp@greensfelder.com |

Respectfully submitted,

**MURPHY, TAYLOR, SIEMENS & ELLIOTT P.C.**

By: */s/ Nancy I. Potter*
Nancy I. Potter – #61443
(nancypotter@mtselaw.com)
Jamie A. Rodriguez - #72198
(jamierodriguez@mtselaw.com)
3007 Frederick Avenue
Saint Joseph, Missouri 64506
Telephone: (816) 364-6677
Facsimile: (816) 364-9677
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

        I hereby certify that on May 5, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/EFC system, which sent electronic notice to the following:

| | |
|---|---|
| Tom Larson | trlarson@lewisricekc.com |
| Chris Helt | chelt@lewisricekc.com |
| Kevin F. Hormuth | kfh@greensfelder.com |
| Nick Robb | nrobb@mortonreedlaw.com |
| Ferguson & Schieber | fands_law@sbcglobal.net |
| Andrew Klonowski | aklonowski@mortonreedlaw.com |
| Amy Moorkamp | amoorkamp@greensfelder.com |
| Gregory Forney | gforney@sls-law.com |

                                                             */s/Nancy I. Potter*
                                                             Attorney for Plaintiff