# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI
## ST. JOSEPH DIVISION

| | |
|---|---|
| TRACY FAMILY FARMS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRECISION PLANTING, LLC et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 5:21-cv-06039-RK |

## **DEFENDANT PRECISION PLANTING, LLC'S CERTIFICATE OF SERVICE OF INITIAL RULE 26(a)(1) DISCLOSURES**

Defendant Precision Planting, LLC hereby certifies that on this 12th day of May, 2021, its Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1) were served upon all counsel of record via electronic mail in PDF format at the following email addresses:

Nancy I. Potter
Jamie A. Rodriguez
nancypotter@mtselaw.com
jamierodriguez@mtselaw.com
ATTORNEYS FOR PLAINTIFF
TRACY FAMILY FARMS, INC.

Keith Schieber
fands_law@sbcglobal.net

Greg Forney
gforney@sls-law.com
ATTORNEYS FOR DEFENDANT
CARLSON SEED II, INC.

Kevin F. Hormuth
kfh@greensfelder.com
ATTORNEY FOR DEFENDANT COG MARKETERS, LTD.

Nicholas K. Robb,
Andrew Klonowski
nrobb@mortonreedlaw.com
aklonowski@mortonreedlaw.com
ATTORNEYS FOR DEFENDANT MIDWEST AGRO SOLUTIONS, LLC

Respectfully submitted,

**LEWIS RICE LLC**

/s/ Thomas R. Larson
Thomas R. Larson, MO #26114
Christopher M. Helt, MO #70999
1010 Walnut, Suite 500
Kansas City, Missouri 64106
(816) 421-2500
(816) 472-2500 (fax)
trlarson@lewisrickc.com
chelt@lewisrickc.com
ATTORNEYS FOR DEFENDANT
PRECISION PLANTING, LLC

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 12th, 2021, a true and correct copy of the foregoing was filed with the Clerk of the U.S. District Court for the Western District of Missouri, by using the Court's CM/ECF system, which will automatically send a notice of electronic filing to interested parties.

/s/ Thomas R. Larson
Attorney for Defendant Precision Planting, LLC